United States District Court
Southern District of Texas
FILED

AUG 0 3 2026

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| JONATHAN RODRIGUEZ LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-0354 |
| | § | |
| GLORIA I. CHAVEZ, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner JONATHAN RODRIGUEZ LOPEZ, appearing through the assistance of counsel, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by immigration officials. (Dkt. No. 1). The Government is hereby ORDERED to submit a response, which must include a statement as to Petitioner's whereabouts at the time of submission. The response must be filed by **no later than Monday, August 17, 2026.**

The Clerk of Court is hereby DIRECTED forward a copy of this Order to the parties, including the local U.S. Attorney's Office, by any receipted means.

IT IS SO ORDERED.

SIGNED at McAllen, Texas this 3rd day of August 2026.

J. SCOTT HACKER
United States Magistrate Judge